to fifteen per cent, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

PAULA ALEXANDER, Respondent, v. HYMAN WOLFSON, Doing Business, etc., Appellant.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Dowling, P. J., dissents. [137 Misc. 380.]

MAX ALBERT, as Treasurer of Sheepskin Leather Coats and Overall Workers Union, Local No. 178, Amalgamated Clothing Workers of America, an Unincorporated Association, Consisting of Seven or More Members, Respondent, v. ALEX COHEN and JACOB GEISLER, a Copartnership, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EDWARD LUCIUS FINCH and EDWARD RIDLEY FINCH, as Trustees, etc., Respondents, v. UNITY FEE COMPANY, INC., Appellant, Impleaded with ST. REGIS RESTAURANT, INC., and VACUUM CLEANER SPECIALTY COMPANY, INC., Respondents, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy and Sherman, JJ.

YAP CHU-PHAY, Respondent, v. THERMO-ELECTRIC CORPORATION OF AMERICA, Appellant. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

YAP CHU-PHAY, Respondent, v. THERMO-ELECTRIC CORPORATION OF AMERICA, Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ADOLF ANCOWITZ and Others, Appellants, v. SAMUEL GREENBERG, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

RUTH GELLIN, Respondent, v. SAMUEL GELLIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOSEPH A. McOWEN, Appellant, v. SAMUEL MARER, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSE PIZZINO, Appellant, v. ROBERT L. MORAN, Sheriff of Bronx County, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JAMES T. CAVANAGH, as President of Local Union No. 585 of New York City, of the United Brotherhood of Carpenters and Joiners of America, Respondent, v. LINCOLN JOSE and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Dowling, P. J., dissents.

MERCHANTS SQUARE CORPORATION, Appellant, v. ENDICOTT JOHNSON CORPORATION, Respondent.— Order reversed, with ten dollars costs and disbursements,